**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| RICARDO RIVERA, | |
| Plaintiff, | |
| v. | |
| COSTCO WHOLESALE CORPORATION, | Case No. 3:23-cv-01321 (MAJ) |
| Defendant. | |

**INFORMATIVE MOTION IN COMPLIANCE WITH COURT ORDER REGARDING
TIMESTAMP MEET AND CONFER**

**TO THE HONORABLE COURT**:

COMES NOW Defendant Costco Wholesale Corporation ("Costco"), through its undersigned counsel, and respectfully states and prays as follows:

1.     On December 6, 2024, the Court held a hearing on Plaintiff Ricardo Rivera's Motion to Compel. ECF No. 145. At the hearing, Mr. Rivera raised concerns about the timestamps of the emails produced by Costco in its document productions since they were different to the timestamps he thought were correct. Costco informed the Court that a preliminary explanation for the difference in the email timestamps was due to the time zone in which the email custodians were based. Costco further explained that it had to analyze and investigate the matter to provide a definitive answer. Accordingly, the Court ordered the Parties to meet and confer after the discovery hearing to clarify the timestamp matter and for Costco to file an informative motion explaining the results of the meet and confer. *See id.*

2.     In compliance with the Court's order, Costco informs that it reached out to Mr. Rivera to coordinate a telephone meet and confer for December 11, 2024, at 3:00pm. Mr. Rivera did not agree to participate in the telephone meeting and confer and conditioned his participation

only if the Parties' recorded the meeting. Costco did not agree to record the meet and confer since there was no reason to do so.[1] Costco also refused Mr. Rivera's insistence on holding the meet and confer by written means since the Court ordered the Parties to confer on the matter and because it would be inefficient to discuss the matter through emails or texts. Since Mr. Rivera did not agree to hold the meet and confer by phone, Costco emailed Mr. Rivera on December 12, 2024, the results of its investigation regarding the timestamps confusion.

3.      Costco informed Mr. Rivera in the email that Costco's e-discovery experts clarified that every parent email's timestamp in Costco's document production is in Coordinated Universal Time, better known as UTC. UTC is a time zone four hours ahead of the EST time zone. UTC is the time zone in which Costco's e-discovery experts extract data from Costco's employee email accounts. Costco illustrated to Mr. Rivera how the UTC worked by using the email Mr. Rivera brought up in the hearing, in which he claimed that he sent Costco his internal complaint at 6:09am EST. *See* ECF No. 1 ¶ 24. Costco explained that the email it produced to Mr. Rivera regarding his internal complaint contains a timestamp of 10:09am since that is the UTC timestamp for that email. Exhibit B.

4.      Finally, Costco clarified to Mr. Rivera that the emails within a parent email thread will be based on the sender's location. Costco further explained that daylight saving should also be considered for each email within a parent email thread, depending on the sender's location.

---

[1] This is not the first time Mr. Rivera causes trouble in holding a meet and confer by telephone. *See* ECF No. 75. In May 2024, Mr. Rivera refused to hold the Federal Rule of Civil Procedure 26(f) meeting by telephone because he insisted that the meeting should by in person. *Id.* at 2-4. The Court ruled that the Federal Rule of Civil Procedure 26(f) should be held by videoconference. ECF No. 76.

**WHEREFORE**, Costco requests the Court to take notice of the information mentioned above and deem Costco in compliance with the Court's order issued in the Motion to Compel hearing.

Respectfully submitted.

In San Juan, Puerto Rico, this December 13, 2024.

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico, 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

*s/José Fco. Benítez Mier*
José Fco. Benítez Mier
USDC-PR No. 212507
jbenitez@pmalaw.com

*s/Adrián Jiménez-Torres*
Adrián Jiménez-Torres
USDC-PR Bar No. 308610
ajimenez@pmalaw.com

*Counsel for Costco Wholesale Corporation*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on December 13, 2024, to all parties of record using the CM/ECF system, which automatically sends a copy of the documents to all parties of record.

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico, 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

*s/Adrián Jiménez-Torres*
Adrián Jiménez-Torres
USDC-PR Bar No. 308610
ajimenez@pmalaw.com

*Counsel for Costco Wholesale Corporation*